# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

JOSEPH DAVENPORT,           )
                            )
    Plaintiff,              )
                            )
v.                          )   Civil Action No. 3:17CV621–HEH
                            )
DR. LEONARD LEVIN, *et al.*,)
                            )
    Defendants.             )

FILED
DEC - 1 2017
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

On September 27, 2017, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on November 15, 2017, the Court directed Plaintiff to pay an initial partial filing fee of $12.25 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Instead, Plaintiff submitted a letter wherein he acknowledges that he has $28.00 in his prison account, but he declined to pay the initial partial filing fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without

prejudice. Plaintiff's Motion to Continue (ECF No. 8) will be denied.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE

Date: Nov. 30 2017
Richmond, Virginia